FILED
2009 NOV 20 AM 11: 38
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                                          CASE NO: 05-80999

STEPHANIE YVONNE PEARLMAN                                       CHAPTER 7

        Debtor(s)                                       HON. MARILYN SHEA-STONUM
                                                         BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #3    Citifinancial Auto                              $166.63
                      PO Box 1472
                      Minneapolis, MN  55440-1472

2. Your trustee's check for $ 166.63 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date:   November 19, 2009

                                                  Marc P. Gertz, #0003808
                                                  Chapter 7 Trustee
                                                  Goldman & Rosen, Ltd.
                                                  11 S. Forge St.
                                                  Akron, OH  44304
                                                  Phone: 330.376.8336
                                                  Fax: 330.376.2522
                                                  mpgertz@goldman-rosen.com

*[Handwritten: Check # 2011 / Receipt # 81075]*